IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARION DAVID HAGER<br>(BOP Register No. 54182-380),<br><br>Petitioner,<br><br>V.<br><br>UNDERWOOD, Warden,<br><br>Respondent. | § § § § § § § § § § § | No. 3:18-CV-0355-D |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Petitioner. The district jourt reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

May 1, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE